**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELYN CHRISTINE TOWERS, an individual

        Plaintiffs,

vs.

FORD MOTOR COMPANY, LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,

        Defendants,

Case No.: 5:25-cv-00891-SVW-SP

*Judge Steven V. Wilson*
*Magistrate Judge Sheri Pym*

**[PROPOSED] ORDER OF DISMISSAL**

1    Based on the stipulation of the parties, and good cause appearing therefore,

2  the stipulation is granted. The entire action, including all claims and counterclaims

3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

4

5    **IT IS SO ORDERED.**

6

7

8  DATE: September 12, 2025    By:_____

9    Hon. Assigned Judge
    Steven V. Wilson
10    United States District Judge